FEDERAL MUTUAL LIABILITY INSURANCE COMPANY, Respondent, v. ATLANTIC STEVEDORING COMPANY, INC., Appellant. FEDERAL MUTUAL LIABILITY INSURANCE COMPANY, Respondent, v. ATLANTIC OPERATING COMPANY, INC., Appellant.

— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.